**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00043-CV

———————

### ALVIN ROY d/b/a GRAFIX FINE ART, Appellant

### V.

### INSGROUP d/b/a BUSINESS INSURANCE GROUP, Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-68850**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a partial summary judgment signed December 16, 2011. On April 9, 2012, appellant filed an agreed motion to dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed without prejudice.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.